**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 8:25-cv-02700-KES                         Date: February 17, 2026

Title:  AMERIS BANK v. J&K CONTRACTING L.L.C., et al.

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| <u>Jazmin Dorado</u> | <u>Not Present</u> |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **Order to Show Cause Why the Case Against Defendant Feldmann Should Not Be Dismissed for Failure to Prosecute**

On December 3, 2025, Ameris Bank ("Plaintiff") filed a complaint against two Defendants: (1) J&K Contracting L.L.C. ("J&K") and (2) Jeremiah Feldmann ("Feldmann"), an individual alleged to be "a member, officer, director, agent and/or owner of J&K."  (Dkt. 1 at 2, ¶¶ 2-3.)

On December 29, 2025, Plaintiff filed proof of service declarations stating that Stevie Kimrey personally served both J&K and Feldmann with the summons and complaint.  (Dkt. 7, 8.)  After the time for Defendants to respond to the complaint had expired, the Court instructed Plaintiff to request entry of default and then move for a default judgment within 14 days.  (Dkt. 10.)

Plaintiff requested entry of default only against J&K (Dkt. 11), which the Clerk entered (Dkt. 12).  Plaintiff then timely moved for a default judgment against J&K.  (Dkt. 13.)

Plaintiff is ordered to show cause why the case against Defendant Feldmann should not be dismissed for failure to prosecute.  Plaintiff shall respond to this OSC by **March 3, 2026**, either by filing (1) a voluntary dismissal of Defendant Feldmann, or (2) an explanation as to why the earlier-filed request for entry of default did not include Defendant Feldmann.

Initials of Deputy Clerk <u>jd</u>