JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

AMERIS BANK, a Georgia state-chartered banking corporation,

Plaintiffs,

vs.

J&K CONTRACTING L.L.C., an Iowa limited liability company; and JEREMIAH FELDMANN, an individual,

Defendants.

Case No. 8:25-cv-02700-KES

[Assigned to the Hon. Karen E. Scott]

**[~~PROPOSED~~] STIPULATED JUDGMENT**

Complaint Filed: December 3, 2025
Trial Date: None Set

# **[~~PROPOSED~~] STIPULATED JUDGMENT**

Pursuant to the Stipulation for Entry of Judgment Against Defendants J&K Contracting L.L.C., an Iowa limited liability company and Jeremiah Feldmann (the "Stipulation") between Plaintiff Ameris Bank, a Georgia state-chartered banking corporation ("Ameris" or "Plaintiff"), on the one hand, and defendants J&K Contracting L.L.C., an Iowa limited liability company ("J&K") and Jeremiah Feldmann, an individual ("Feldmann") (collectively with J&K, "Defendants"), on the other hand, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Defendants are liable to Ameris on the first cause of action for breach of certain written Equipment Finance Agreement No. B208907-001 ("EFA No. 1");

2. Defendants are liable to Ameris on the second and third causes of action for breach of certain written Equipment Finance Agreement No. B208907-003 ("EFA No. 2") and breach of the personal guaranty (the "Guaranty") contained in that certain written EFA No. 2;

3. Judgment be entered in this matter, in favor of Ameris, and against Defendants, jointly and severally, in the total judgment amount of **$209,827.03** (the "Stipulated Amount").

4. Ameris may make future noticed motion(s) to amend this judgment to include further reasonable attorneys' fees and costs arising from this action; and

5. The Clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED.**

DATED: August 3, 2026

The Honorable Karen E. Scott
JUDGE OF THE DISTRICT COURT